1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8    KEVIN JAMES KOHUTE,

9                           Plaintiff,

10         v.

11   KINDLE DIRECT PUBLISHING,

12                          Defendant.

13

Case No. C25-0106-JLR

ORDER DENYING IFP

14         The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* (IFP),

15   the Report and Recommendation of S. Kate Vaughan (Dkt. # 4), United States Magistrate

16   Judge, and the remaining record, does hereby find and ORDER:

17         (1)     The Court adopts the Report and Recommendation;

18         (2)     Plaintiff's IFP application, Dkt. 1, is DENIED.  Plaintiff is directed to pay the full

19   filing fee of $405.00 within **thirty (30) days** of the date of signature below.  If the filing fee is

20   not paid, this case will be dismissed;

21         (3)     The Clerk shall file the complaint only on receipt of the filing fee.  If no filing fee

22   is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

23   / / /

1    (4)    The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable

2  S. Kate Vaughan.

3    DATED this 18th day of March, 2025.

4

5    _____
     JAMES L. ROBART
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DENYING IFP - 2